IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE DAVID GOLDSMITH,
JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Appellant,

CASE NO. 1D16-4023

v.

STATE OF FLORIDA,

        Appellee.
_____/

Opinion filed April 26, 2017.

An appeal from an order of the Walton County Circuit Court.
Kelvin C. Wells, Judge.

Andy Thomas, Public Defender, and Laurel Cornell Niles, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., MAKAR and JAY, JJ., CONCUR.